

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Harley Sadler
House of Representatives
Austin, Texas

See V-206 for change in fact situation.

Dear Sir:

Opinion No. O-6512
Re: Could the unexpended
    balance of the Congres-
    sional Appropriation for
    the Texas Centennial be
    used to apply on the
    purchase price of the
    French Embassy, Austin,
    Texas? And a related
    question.

follows:

We have your letter of recent date, reading as

"As Chairman of the Sub-committee to investigate the proposed purchase of the French Embassy here in Austin, I have been informed that the $24,000 unexpended balance of the Congressional Appropriation for the Texas Centennial will be available to apply on the purchase price of the Embassy.

"Mr. Morgan, the Chairman of the Appropriations Committee as a whole, has requested our sub-committee to bring before it some evidence that this money could be used for this purpose, as well as what procedure would be necessary for the release of the money to the Daughters of the Republic.

"Two years ago some agency tried to secure this money and if I remember correctly we were informed at that time that while this money was allocated to the State of Texas it could not be released except by Congressional action.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Harley Sadler, page 2

"I know your office is busy and I hate to
have to request this favor, however, we have to
report back to the committee as soon as possible.
I will appreciate this information at the earliest
possible convenience. * * *"

Section 6 of House Bill No. 11, Chapter 174 of the
Regular Session of the 44th Legislature (1935) provides:

"All expenditures and contracts authorized
by the Commission of Control shall be made, let,
supervised and expended by the Board of Control,
according to all legal requirements now provided
as to the expenditure of funds and the letting of
contracts by said Board of Control."

The Commission of Control was an agency created and
set up by the Legislature under the provisions of Section 3 of
Chapter 174, Acts of the Regular Session of the 44th Legislature;
its purpose having been fulfilled it has passed out of existence,
and there is at this time no agency with authority to authorize
expenditures and contracts against the Centennial funds.

The $24,000 mentioned in your letter is part of a
Federal Appropriation and could have been used for the purchase
of the French Embassy if it had been so allocated by the Centen-
nial Commission or by the Commission of Control during the exist-
ence of these bodies, but not having been so allocated, it is our
opinion that same cannot be so expended at this time until re-
leased by Congress.

Section 7 of Senate Joint Resolution 131 reads, in
part, as follows:

"Sec. 7. The sum of $3,000,000 is hereby
authorized to be appropriated, out of any money
in the Treasury not otherwise appropriated, and
shall remain available for the purposes of this
joint resolution and any unexpended balances shall
be covered back into the Treasury of the United
States. * * *"

The money could not be released to the Daughters of the Republic. An Act of the Legislature attempting to do that would be in violation of Article 3, Section 51 of the Constitution which provides that "the Legislature shall have no power to make any grant or authorize the making of any grant of public money to any individual, association of individuals, municipal or other corporations whatsoever * * *." If Congress should release the money for the purpose of purchasing the French Embassy the title would have to be taken in the name of the State of Texas, but the supervision and control of the Embassy may be delegated by the Legislature to the Daughters of the Republic.

However, the Legislature may now appropriate this fund for the purpose of purchasing the French Embassy, conditioned upon its release by Congress for said purpose.

Yours very truly

ATTORNEY GENERAL OF TEXAS

APPROVED APR 18 1945

By

C. F. Gibson
Assistant

CFG:EP


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN